**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis R. Ramos<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7572<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–33456–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Luis R. Ramos

2/6/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                        United States Bankruptcy Court
                                             District of New Jersey
In re:                                                                                Case No. 16-33456-MBK
Luis R. Ramos                                                                         Chapter 13
        Debtor                             CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Feb 06, 2020
                               Form ID: 3180W               Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             +Luis R. Ramos,    10 Fern Court,    Sayreville, NJ 08872-2102
516742518      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516540006      +Best Buy,    PO Box 790441,    Saint Louis, MO 63179-0441
516540008      +Cenlar,    PO Box 77407,    Ewing, NJ 08628-6407
516808290      +HomeBridge Financial Services, Inc.,     C/ O Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
516586709      +M&T Bank,    PO BOX 1508,    Buffalo, New York 14240-1508
517923982      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10826,
                 Greenville, SC 29603-0826
517923983      +New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10826,
                 Greenville, SC 29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10826,
                 Greenville, SC 29603-0826
516569812      +Santander Bank, N.A.,     601 Penn Street,   10-6438-FB7,    Reading, PA 19601-3563
516540015       Shell Mastercard,    PO Box 6170,    Sioux Falls, SD 57117-6170
516627801      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
517892958      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:32      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: collections@cjfcu.org Feb 07 2020 01:08:48      Central Jersey FCU,
                 380 Berry Street,   Woodbridge, NJ 07095-3347
516791263       E-mail/Text: bankruptcy@alliantcreditunion.com Feb 07 2020 01:11:02      Alliant Credit Union,
                 11545 W Touhy Ave,   Chicago, IL 60666
516540000       E-mail/Text: bankruptcy@alliantcreditunion.com Feb 07 2020 01:11:02      Alliant Credit Union,
                 PO Box 2387,   Des Plaines, IL 60017-2387
516540001       EDI: AMEREXPR.COM Feb 07 2020 05:18:00      American Express,    PO Box 297884,
                 Fort Lauderdale, FL 33329-7884
516669411       EDI: BECKLEE.COM Feb 07 2020 05:18:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516540002       EDI: BANKAMER.COM Feb 07 2020 05:19:00      Bank of America,    PO Box 982234,
                 El Paso, TX 79998-2234
516540003       EDI: BANKAMER2.COM Feb 07 2020 05:18:00      Bank of America,    PO Box 25118,
                 Tampa, FL 33622-5118
516540004      +EDI: TSYS2.COM Feb 07 2020 05:18:00      Barclay's Bank Delaware,    125 S. West Street,
                 Wilmington, DE 19801-5014
516540005       EDI: TSYS2.COM Feb 07 2020 05:18:00      Barclays Bank Delaware,    PO Box 8833,
                 Wilmington, DE 19899-8833
516540007       EDI: CAPITALONE.COM Feb 07 2020 05:19:00      Capital One,    Bankruptcy Department,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
516661598       EDI: CAPITALONE.COM Feb 07 2020 05:19:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516540009      +E-mail/Text: collections@cjfcu.org Feb 07 2020 01:08:48      Central Jersey Federal Credit Union,
                 380 Berry Street,   Woodbridge, NJ 07095-3347
516540010       EDI: CHASE.COM Feb 07 2020 05:18:00      Chase Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
516540011       EDI: DISCOVER.COM Feb 07 2020 05:18:00      Discover Financial Services,    PO Box 30943,
                 Salt Lake City, UT 84130
516551499       EDI: DISCOVER.COM Feb 07 2020 05:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
516540012       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
516729814      +EDI: MID8.COM Feb 07 2020 05:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
516808346       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
516807304       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                 POB 41067,   Norfolk VA 23541
516808349       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                 POB 41067,   Norfolk VA 23541
516808341       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,   Norfolk VA 23541
516540013      +EDI: RMSC.COM Feb 07 2020 05:19:00      Sam's Club,   GE Money Bank,    Att: Bankruptcy Dept.,
                 PO Box 103104,   Roswell, GA 30076-9104
516540014      +EDI: DRIV.COM Feb 07 2020 05:18:00      Santander Consumer,    PO Box 961245,
                 Fort Worth, TX 76161-0244
516806577      +EDI: RMSC.COM Feb 07 2020 05:19:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
516540016       EDI: RMSC.COM Feb 07 2020 05:19:00      Toys R Us,   Att: Bankruptcy Dept,    PO Box 965060,
                 Orlando, FL 32896-5060
516540017       E-mail/Text: vci.bkcy@vwcredit.com Feb 07 2020 01:10:40      VW Credit, Inc.,    PO 7572,
                 Libertyville, IL 60048-7572
```

```
District/off: 0312-3           User: admin                    Page 2 of 2                    Date Rcvd: Feb 06, 2020
                               Form ID: 3180W                 Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516540018      EDI: WFFC.COM Feb 07 2020 05:18:00      Wells Fargo,   PO Box 10347,   Des Moines, IA 50306-0347
516780128      EDI: WFFC.COM Feb 07 2020 05:18:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
                                                                                              TOTAL: 30
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    Central Jersey FCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Warren   Brumel    on behalf of Debtor Luis R. Ramos wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;wbrumel@keyportlaw.com
                                                                                              TOTAL: 6
```